## ELECTRONIC RECORD

1033-14
1034-14

COA # 05-12-01668-CR          OFFENSE: 20.04

STYLE: Donald Stevenson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: 265th Judicial District Court

DATE: 7/17/2014          Publish: NO          TC CASE #: F12-54028-R

## IN THE COURT OF CRIMINAL APPEALS

1033-14
1034-14

STYLE: Donald Stevenson v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_____REFUSED_____          JUDGE:

DATE: November 26, 2014          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____